**MISSOURI PACIFIC RAILROAD COMPANY, Plaintiff in Error,**

v.

**L. G. BUMPERS, Defendant in Error.**

No. 37872.

Supreme Court of Oklahoma.

May 27, 1958.

Rehearing Denied June 24, 1958.

error, with case-made attached, was not filed in this court until the 22nd day of June, 1957, which was more than twenty days from the date the case-made was settled and signed.

Our statute requires that proceedings be commenced within 20 days from the date the case-made is settled. 12 O.S.1955 Supp. § 972. It is apparent that this court is without jurisdiction to review the appeal.

Appeal dismissed.

WELCH, C. J., and DAVISON, HALLEY, JOHNSON, WILLIAMS, BLACKBIRD and JACKSON, JJ., concur.

Pat Mehaffy, Little Rock, Ark., Roy Frye, Sallisaw, Thomas Harper, Fort Smith, Ark., for plaintiff in error.

Green, Green & Green, Sallisaw, for defendant in error.

CORN, Vice Chief Justice.

This is an attempted appeal by petition in error, with case-made attached, from a judgment of the District Court of Sequoyah County, Oklahoma in a personal injury action. The court's judgment was rendered on the 12th day of March, 1957. The appellant's motion for a new trial was overruled on the 25th day of March, 1957. The case-made was settled and signed by the trial judge May 22, 1957. The petition in